UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RABBANI, GULAM § Case No. 09-17536
BEGUM, AYESHE §
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Robert B. Katz_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| IRA P. GOLDBERG | | | | | |
| LOIS WEST | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| ROUNDUP FUNDING, LLC | | | | | |
| TCF NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-17536 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|---|
| Case Name: | RABBANI, GULAM | | | Date Filed (f) or Converted (c): | 05/14/09 (f) |
| | BEGUM, AYESHE | | | 341(a) Meeting Date: | 06/26/09 |
| For Period Ending: | 08/23/10 | | | Claims Bar Date: | 01/06/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE NON RESIDENCE | 95,000.00 | 40,000.00 | | 40,000.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.03 | Unknown |
| 3. Debtors Primary Residence | 329,000.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCOUNTS | 5,844.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS AND ART OBJECTS | 40.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 150.00 | 0.00 | | 0.00 | FA |
| 8. FURS & JEWELRY | 50.00 | 0.00 | | 0.00 | FA |
| 9. 401(k) w/Employer/Former Employer | 6,000.00 | 0.00 | | 0.00 | FA |
| 10. AUTOMOBILES AND OTHER VEHICLES | 3,325.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $440,909.00 | $40,000.00 | | $40,007.03 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee settled claim for value in debtor's real estate to be paid in installments.

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 12/31/11

LFORM1                                                                                                             Ver: 15.20
**UST Form 101-7-TDR (9/1/2009)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-17536 -CAD | | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- | --- |
| Case Name: | RABBANI, GULAM | | Bank Name: | BANK OF AMERICA |
| | BEGUM, AYESHE | | Account Number / CD #: | *******1924 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0028 | | | |
| For Period Ending: | 08/23/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/25/09 | 1 | Nishad Rabbani | SETTLE TRUSTEE CLAIM Ct.O. 10/29/09 | 1110-000 | 15,000.00 | | 15,000.00 |
| 09/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.04 | | 15,000.04 |
| 10/23/09 | 1 | Nishad Rabbani | SETTLE TRUSTEE CLAIM Ct.O. 10/29/09 | 1110-000 | 7,000.00 | | 22,000.04 |
| 10/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.41 | | 22,000.45 |
| 11/10/09 | 1 | Nishad Rabbani | SETTLE TRUSTEE CLAIM Ct.O. 10/29/09 | 1110-000 | 3,000.00 | | 25,000.45 |
| 11/30/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.60 | | 25,001.05 |
| 12/31/09 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,001.69 |
| 01/06/10 | 1 | Nishad Rabbani | SETTLE TRUSTEE CLAIM Ct.O. 10/29/09 | 1110-000 | 3,000.00 | | 28,001.69 |
| 01/06/10 | 1 | Nishad Rabbani | SETTLE TRUSTEE CLAIM Ct.O. 10/29/09 | 1110-000 | 3,000.00 | | 31,001.69 |
| 01/29/10 | 1 | Nishad Rabbani | SETTLE TRUSTEE CLAIM CT.O. 10/29/09 | 1110-000 | 4,000.00 | | 35,001.69 |
| 01/29/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.76 | | 35,002.45 |
| 02/05/10 | 1 | Nishad Rabbani | SETTLE TRUSTEE CLAIM CT.O. 10/29/09 | 1110-000 | 4,000.00 | | 39,002.45 |
| 02/05/10 | 1 | NISHAD RABBANI | SETTLE TRUSTEE CLAIM Ct.O. 10/29/10 | 1110-000 | 1,000.00 | | 40,002.45 |
| 02/26/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.89 | | 40,003.34 |
| 03/31/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.03 | | 40,004.37 |
| 04/30/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.99 | | 40,005.36 |
| 05/25/10 | 000101 | International Sureties, LTD. | Bond #016026455 | 2300-000 | | 18.94 | 39,986.42 |
| | | Suite 420 | 02/01/10 to 02/01/11 | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 05/28/10 | 2 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 1.01 | | 39,987.43 |
| 06/21/10 | 2 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.66 | | 39,988.09 |
| 06/21/10 | | Transfer to Acct #*******2062 | Final Posting Transfer | 9999-000 | | 39,988.09 | 0.00 |

Page Subtotals      40,007.03      40,007.03

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 7)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-17536 -CAD | | Trustee Name: | Robert B. Katz |
| Case Name: | RABBANI, GULAM | | Bank Name: | BANK OF AMERICA |
| | BEGUM, AYESHE | | Account Number / CD #: | *******1924 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0028 | | | |
| For Period Ending: | 08/23/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 40,007.03 | 40,007.03 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 39,988.09 | |
| | | | Subtotal | | 40,007.03 | 18.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 40,007.03 | 18.94 | |

Page Subtotals       0.00       0.00

Ver: 15.20

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 09-17536 -CAD | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | RABBANI, GULAM | Bank Name: | BANK OF AMERICA |
| | BEGUM, AYESHE | Account Number / CD #: | *******2062  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0028 | | |
| For Period Ending: | 08/23/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/10 | | Transfer from Acct #*******1924 | Transfer In From MMA Account | 9999-000 | 39,988.09 | | 39,988.09 |
| 06/21/10 | 000101 | ROBERT B. KATZ | Chapter 7 Compensation/Fees | 2100-000 | | 4,750.54 | 35,237.55 |
| | | 223 West Jackson Boulevard | | | | | |
| | | Suite 1010 | | | | | |
| | | Chicago, IL  60606 | | | | | |
| 06/21/10 | 000102 | Ira P. Goldberg | Attorney for Trustee Fees & Expense | 3210-000 | | 13,113.00 | 22,124.55 |
| | | DiMonte & Lizak, LLC | | | | | |
| | | 216 West Higgins Road | | | | | |
| | | Park Ridge, IL 60068 | | | | | |
| 06/21/10 | 000103 | Lois West | Accountant for Trustee Fees (Other | 3410-000 | | 1,010.50 | 21,114.05 |
| | | Popowcer Katten, LTD. | | | | | |
| | | 35 E. Wacker Drive | | | | | |
| | | Suite 1550 | | | | | |
| | | Chicago, Il 60601-2124 | | | | | |
| 06/21/10 | 000104 | PYOD LLC as assignee of Citibank | Claim 000001, Payment 18.33241% | 7100-000 | | 1,626.88 | 19,487.17 |
| | | c/o Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602- | | | | | |
| 06/21/10 | 000105 | Chase Bank USA, N.A. | Claim 000002, Payment 18.33237% | 7100-000 | | 4,439.04 | 15,048.13 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 06/21/10 | 000106 | Chase Bank USA, N.A. | Claim 000003, Payment 18.33235% | 7100-000 | | 4,538.60 | 10,509.53 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 06/21/10 | 000107 | Roundup Funding, LLC | Claim 000004, Payment 18.33257% | 7100-000 | | 402.09 | 10,107.44 |
| | | MS 550 | | | | | |
| | | PO Box 91121 | | | | | |
| | | Seattle, WA 98111-9221 | | | | | |
| 06/21/10 | 000108 | TCF National Bank | Claim 000005A, Payment 18.33232% | 7100-000 | | 4,583.08 | 5,524.36 |

Page Subtotals      39,988.09      34,463.73

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-17536 -CAD | | Trustee Name: | Robert B. Katz |
| Case Name: | RABBANI, GULAM | | Bank Name: | BANK OF AMERICA |
| | BEGUM, AYESHE | | Account Number / CD #: | *******2062 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0028 | | | |
| For Period Ending: | 08/23/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/21/10 | 000109 | 10729 West 159th Street<br>Orland Park, IL 60467<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 18.33236% | 7100-000 | | 1,709.65 | 3,814.71 |
| 06/21/10 | 000110 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000007, Payment 18.33235% | 7100-000 | | 3,814.71 | 0.00 |

```
                                     COLUMN TOTALS                        39,988.09      39,988.09         0.00
                                        Less:  Bank Transfers/CD's        39,988.09           0.00
                                     Subtotal                                  0.00       39,988.09
                                        Less:  Payments to Debtors                             0.00
                                     Net                                       0.00       39,988.09

                                                                                            NET            ACCOUNT
                                     TOTAL - ALL ACCOUNTS                NET DEPOSITS   DISBURSEMENTS      BALANCE
          Money Market Account (Interest Earn - ********1924              40,007.03         18.94            0.00
          Checking Account (Non-Interest Earn - ********2062                   0.00      39,988.09           0.00
                                                                         -----------    -----------      -----------
                                                                          40,007.03      40,007.03           0.00
                                                                         ===========    ===========      ===========
                                                                         (Excludes Account   (Excludes Payments   Total Funds
                                                                           Transfers)        To Debtors)          On Hand
```

/s/ Robert B. Katz

Trustee's Signature: _____ Date: 08/23/10

Page Subtotals           0.00         5,524.36

Ver: 15.20

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-17536 -CAD |
| Case Name: | RABBANI, GULAM |
| | BEGUM, AYESHE |
| Taxpayer ID No: | *******0028 |
| For Period Ending: | 08/23/10 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******2062 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

ROBERT B. KATZ

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*